**FILED**

NOV 2 1 2012

CLERK US D...
SOUTHERN DISTRIC...
BY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>PRISCILIANO ABONZA,<br><br>          Defendant. | CASE NO. 12cr4404 DMS<br><br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal, without prejudice; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) as charged in the Indictment/Information:

21:952 and 960 - Importation of Heroin and Methamphetamine
_____

_____

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 11/21/2012

_____
William McCurine, Jr.
U.S. Magistrate Judge